UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>     Plaintiff,<br><br>  v.<br><br>JUAN MANUEL LOPEZ, d.b.a.,<br>JUAN'S CARPET CO., *et al.*,<br><br>     Defendants. | Case No. 2:26-cv-02810-CV (DSRx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>**[DOC. # 18]** |

On May 27, 2026, Plaintiff Lamar Myers and Defendants Juan Manuel Lopez, d.b.a., Juan's Carpet Co., Silvia Zamora, as Trustee of the C & S Zamora Family Trust ("Defendants," and with Plaintiff, the "Parties") filed a Joint Stipulation For Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. # 18 ("Stipulation"). The parties request that this action be dismissed in its entirety with prejudice. *Id.* at 1.

The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

  1. The above-captioned case shall be DISMISSED WITH PREJUDICE.

  2. All pending matters are TERMINATED.

  3. The Clerk is directed to close the case.

  **IT IS SO ORDERED**.

Dated: 6/8/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1